# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lucinda Gottschalk, | Civil No. 10-02 (RHK-SRN) |
| Plaintiff, | **ORDER** |
| vs. | |
| Johnson, Rodenburg & Lauinger, PLLP, | |
| Defendant. | |

Based upon the Plaintiff's Notice of Dismissal With Prejudice (Doc. No. 2)

**IT IS ORDERED**, that Plaintiff's claims against Defendant Johnson, Rodenburg & Lauinger, PLLP are hereby **DISMISSED WITH PREJUDICE** in its entirety on the merits. Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 15, 2010

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge