✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Lucinda Gottschalk,

            Plaintiff,

   V.

Johnson, Rodenburg & Lauinger, PLLP,

            Defendant.

## JUDGMENT IN A CIVIL CASE

Case Number:  10-02 (RHK/SRN)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff's claims against Defendant Johnson, Rodenburg & Lauinger, PLLP are hereby **DISMISSED WITH PREJUDICE** in its entirety on the merits**.** Each party shall bear their own costs and attorneys' fees.

| January 19, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Janelle Zuech |
| | (By)        Janelle Zuech,   Deputy Clerk |

Form Modified:  09/16/04